

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

SEP 18 2006

J T NOBLIN. CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HAZEL STRONG, ET AL.                                      PLAINTIFF

v.                                      CIVIL ACTION NO. 3:04cv806 WSu

R.J. REYNOLDS TOBACCO COMPANY, ET AL.                     DEFENDANTS

## JUDGMENT OF DISMISSAL

THIS CASE is before the Court on the stipulation of plaintiff Hazel Strong and the

defendants for a dismissal of her case without prejudice pursuant to F.R.C.P. 41(a)(2) upon the

following terms and conditions:

1.      This plaintiff and the defendants agree and stipulate that all applicable
        statutes of limitations and statutes of repose with respect to all claims
        this plaintiff has asserted against the defendants shall be deemed tolled
        from the date of entry of the attached judgment up to and including
        September 13, 2007; and

2.      This plaintiff and the defendants agree and stipulate that nothing in this
        agreement shall be deemed to constitute a waiver of any defense of any
        defendant, including defenses based upon statutes of limitations or
        statutes of repose, which existed at the time this action was
        commenced, and that all defenses of any defendant are expressly and
        specifically preserved.

THE COURT, having considered the stipulation of dismissal, finds that it is well taken and

that this plaintiff's case should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that plaintiff Hazel Strong's case be and

hereby is fully dismissed without prejudice with the parties bearing their own costs.

SO ORDERED AND ADJUDGED this _18th_ day of September 2006.


_____
CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

_____
Attorney for plaintiff Hazel Strong

_____
Attorney for Defendants R.J. Reynolds Tobacco
Company and Brown & Williamson Holdings, Inc.

**Civil Action No. 3:04-cv-806 WSu**

**Judgment of Dismissal**

2