

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HAZEL STRONG, ET AL.                                                                PLAINTIFF

v.                                                                 CIVIL ACTION NO. 3:04cv806 WSu

R.J. REYNOLDS TOBACCO COMPANY, ET AL.                                     DEFENDANTS

### JUDGMENT OF DISMISSAL

THIS CASE is before the Court on the stipulation of plaintiff Hazel Strong and the defendants for a dismissal of her case without prejudice pursuant to F.R.C.P. 41(a)(2) upon the following terms and conditions:

1. This plaintiff and the defendants agree and stipulate that all applicable statutes of limitations and statutes of repose with respect to all claims this plaintiff has asserted against the defendants shall be deemed tolled from the date of entry of the attached judgment up to and including September 13, 2007; and

2. This plaintiff and the defendants agree and stipulate that nothing in this agreement shall be deemed to constitute a waiver of any defense of any defendant, including defenses based upon statutes of limitations or statutes of repose, which existed at the time this action was commenced, and that all defenses of any defendant are expressly and specifically preserved.

THE COURT, having considered the stipulation of dismissal, finds that it is well taken and that this plaintiff's case should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that plaintiff Hazel Strong's case be and hereby is fully dismissed without prejudice with the parties bearing their own costs.

SO ORDERED AND ADJUDGED this _18th_ day of September 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

_____
Attorney for plaintiff Hazel Strong

_____
Attorney for Defendants R.J. Reynolds Tobacco
Company and Brown & Williamson Holdings, Inc.

**Civil Action No. 3:04-cv-806 WSu**

**Judgment of Dismissal**